MEMORANDUM OPINION

Affirm.

■

393 P.3d 1024

STATE of Hawai'i, Plaintiff-Appellee,

v.

Patrick DEGUAIR, Jr., Defendant-Appellant,

and

Malufafo Vito, Defendant

NO. CAAP-14-0000985

Intermediate Court of Appeals of Hawai'i.

April 28, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 09-1-0336)

MEMORANDUM OPINION

Affirmed.

■

393 P.3d 1024

The TRUSTEES OF the ESTATE OF Bernice Pauahi BISHOP, also known as Kamehameha Schools, Plaintiffs-Counterclaim Defendants/Appellees,

v.

Ronald G.S. AU, Defendant-Counterclaimant/Appellant

NO. CAAP-15-0000466

Intermediate Court of Appeals of Hawai'i.

April 28, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 13-1-0420-02)

SUMMARY DISPOSITION ORDER

Affirm.

